No. 393, Misc. MACHADO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 395, Misc. TANCHYN *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 397, Misc. WRIGHT ET AL. *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 399, Misc. HOLT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 401, Misc. ROSSANO *v.* BLUE PLATE FOODS, INC. C. A. 5th Cir. Certiorari denied. *Vincent P. McCauley* for petitioner. *Albert W. Stubbs* for respondent.

No. 402, Misc. DILLON *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 404, Misc. STOFLET *v.* WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 407, Misc. GAITHER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 409, Misc. ELLIOTT *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.